UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62540-CIV-DIMITROULEAS/SNOW

KIRK THOMAS,

    Plaintiff,

vs.

USA AIR DUCT CLEANERS, LLC, a Florida
Limited Liability Company, and DORON ZIV,
individually

    Defendants.
_____/

# ORDER APPROVING SETTLEMENT
# AND DISMISSING CASE WITH PREJUDICE

**THIS CAUSE** having come before the Court on the parties' Joint Motion to Approve Settlement and Dismiss with Prejudice [DE 56], and good cause appearing therefore, it is hereby

**ORDERED AND ADJUDGED** as follows:

1. The Joint Motion to Approve Settlement and Dismiss Case with Prejudice [DE 56] is **GRANTED**;

2. The Settlement Agreement attached to the joint motion is **APPROVED**;

3. This case is hereby **DISMISSED with prejudice**;

4. The Clerk is directed to **CLOSE** this case and **DENY AS MOOT** any pending motions.

**DONE AND ORDERED** in Chambers in Ft. Lauderdale, Broward County, Florida, on this 7th day of July, 2017.

*[signature]*

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:

Counsel of Record