UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 16-62540-CIV-DIMITROULEAS/SNOW

KIRK THOMAS,

    Plaintiff,

vs.

USA AIR DUCT CLEANERS, LLC, a Florida
Limited Liability Company, and DORON ZIV,
individually

    Defendants.
_____/

## ORDER ADOPTING REPORT OF MAGISTRATE JUDGE

THIS CAUSE is before the Court on Plaintiff's Verified Motion for Taxation of Attorneys' Fees and Costs [DE 57], Supplemental Motion for Attorneys' Fees [DE 67] and the Report and Recommendation of Magistrate Judge Lurana S. Snow [DE 72]. The Court notes that no objections to the Report [DE 72] have been filed, and the time for filing such objections has passed. As no timely objections were filed, the Magistrate Judge's factual findings in the Report [DE 72] are hereby adopted and deemed incorporated into this opinion. *LoConte v. Dugger*, 847 F.2d 745, 749-50 (11th Cir. 1988), *cert. denied*, 488 U.S. 958 (1988); *RTC v. Hallmark Builders, Inc.*, 996 F.2d 1144, 1149 (11th Cir. 1993).

Although no timely objections were filed, the Court has conducted a *de novo* review of the Report [DE 72] and record and is otherwise fully advised in the premises. The Court agrees with the Magistrate Judge's reasoning and conclusions.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.    The Report [DE 72] is hereby **ADOPTED** and **APPROVED**;

2.    Plaintiff's Motions [DE's 57, 67] are hereby **GRANTED in part;**

3. Plaintiff is hereby awarded attorneys' fees in the amount of $ $37,500.00 and costs in the amount of $ $1,436.20.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 18th day of September, 2017.

WILLIAM P. DIMITROULEAS
United States District Judge

Copies furnished to:
Counsel of Record
Magistrate Judge Lurana Snow